FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>ALIEN TECHNOLOGY, LLC, a Delaware limited liability company,<br><br>                Defendants. | NO. 2:24-CV-00365-RLP<br><br>ORDER ON STIPULATION OF DISMISSAL |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 69. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation of Dismissal, **ECF No. 69** is **GRANTED**.

ORDER ON STIPULATION OF DISMISSAL * 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all remaining claims are **DISMISSED** with prejudice, without an award of fees or costs.

3. All pending motions are **DENIED as moot**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED June 26, 2026.

_____
REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATION OF DISMISSAL * 2